IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,

v.                              No. 04-20302

GRACE LONG,
        Defendant.

### ORDER GRANTING MOTION TO APPOINT NEW COUNSEL

Defendant has moved the Court to grant the Motion to Appoint New Counsel for appeal. The Court finds that Ms. Long is indigent and that counsel for appeal should be appointed. For good cause shown and with no objection from the government the motion is granted.

It is so ORDERED this the _____ day of April, 2005.

_____
Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-27-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CR-20302 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT